IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANIBAL O. FRANCO,** | CIV-S-05-2444 LKK JFM P |
| Petitioner, | **ORDER ON RESPONDENT'S REQUEST FOR EXTENSION OF TIME** |
| v. | |
| **DAVID L. RUNNELS,** | |
| Respondent. | |

GOOD CAUSE APPEARING,

IT IS ORDERED that Respondent's application for an extension of time is hereby granted. Respondent shall have forty-five (45) days from service of this order to file a response to Petitioner's application for writ of habeas corpus.

DATED: April 6, 2006.

UNITED STATES MAGISTRATE JUDGE

/fran2444.ext